UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GREGORY HOLDER, 276203,

        Petitioner,

v.

CATHERINE BAUMAN,

        Respondent(s).
_____/

Case No. 09-10954

Judge Robert H. Cleland

Magistrate Judge Virginia M. Morgan

ORDER REQUIRING RESPONSIVE PLEADING

       The petition for a writ of habeas corpus has been examined. It is not subject to summary dismissal under Rule 4, Rules Governing Section 2254 Cases.

       IT IS ORDERED that the Clerk of the Court serve a copy of the petition and a copy of this Order on Respondent and on the Attorney General for the State of Michigan by first class mail as provided in Rule 4.

       IT IS FURTHER ORDERED that Respondent file an answer to the petition in accordance with Rule 5, Rules Governing Section 2254 Cases by SEPTEMBER 23, 2009. Petitioner shall have 45 days from the date of the responsive pleading to submit a reply.

       IT IS FURTHER ORDERED that, as part of the answer, Respondent shall file with the Clerk a copy of the relevant transcripts, the relevant appellate briefs submitted by Petitioner and the prosecution, and the state appellate opinions and orders as required by Rule 5. A separate index listing the materials being submitted shall also be filed.

Date: March 20, 2009

s/R. Steven Whalen
R. Steven Whalen
United States Magistrate Judge

---

Certificate of Service

       I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date: March 20, 2009

s/EBrown
Deputy Clerk